IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXIS MARIA GONZALEZ,** | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 10-cv-2081** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

### ORDER

AND NOW, this ___ of November, 2011, upon consideration of the parties' submissions in

regards to Plaintiff's Motion in Support of Request for Review (Doc. 7), and after careful review of the

Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Doc. 15),

**IT IS HEREBY ORDERED AND DECREED** as follows:

1.  The Report and Recommendation dated October 12, 2011, is hereby **APPROVED** and **ADOPTED**;
2.  The Plaintiff's Request for Review is **GRANTED**; and
3.  The matter shall be remanded to the Commissioner for further review consistent with the Report and Recommendation, and pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case

as **REMANDED**.

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**